## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MAJID MAJIDI DARYANI,

    Petitioner,

v.

                              Case No. 1:26-cv-01528-MIS-GJF

MARY DE ANDA-YBARRA, in her official
capacity as El Paso Field Office Director of
the Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as
Acting Director of the Immigration and
Customs Enforcement; TODD BLANCHE,
in his official capacity as Acting Attorney
General of the United States;
MARKWAYNE MULLIN, in his official
capacity as Secretary of the U.S. Department
of Homeland Security; and DORA CASTRO,
in her official capacity as Warden of the Otero
County Processing Center,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Majid Majidi Daryani and against Respondents Mary De

Anda-Ybarra, Todd M. Lyons, Todd Blanche, Markwayne Mullin, and Dora Castro.

                              *Margaret Strickland*

                            **MARGARET STRICKLAND**
                            UNITED STATES DISTRICT JUDGE